IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERTA IRIZARRY,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.10-cv-606-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Roberta Irizarry against defendant Carolyn W. Colvin granting plaintiff's motion for summary judgment and reversing and remanding the decision of the commissioner pursuant to sentence four of 42 U.S.C. § 405(g).


_____
Peter Oppeneer, Clerk of Court

8/15/13
Date