IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERTA IRIZARRY,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

    v.                                         Case No. 10-cv-606-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Roberta Irizarry attorney fees and expenses in the amount of $7,000 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


| s/ A. Wiseman, Deputy Clerk | 12/12/2013 |
|:---:|:---:|
| Peter Oppeneer, Clerk of Court | Date |